tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Ward Beer* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Berge, Messrs. Charles H. Weston, Matthias N. Orfield, Robert L. Stern, W. T. Kelley,* and *Joseph J. Smith, Jr.* for respondent.

No. 231. COWELL PORTLAND CEMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Max Thelen* and *Gordon Johnson* for petitioner. *Acting Solicitor General Judson, Messrs. Robert L. Stern, Alvin J. Rockwell, Marcel Mallet-Prevost* and *Miss Ruth Weyand* for respondent.

No. 232. TEXAS & NEW ORLEANS RAILROAD CO. ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. M. Burford* and *Harry R. Jones* for petitioners. *Acting Solicitor General Judson, Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the United States.

No. 235. SPURR *v.* SPURR. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. George E. Allen* for petitioner. *Mr. Jas. G. Martin* for respondent.

No. 237. ROSS ENGINEERING Co., INC. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Bernard J. Gallagher* and *M. Walton Hendry* for petitioner. *Acting So-*

736

*licitor General Judson* and *Mr. Paul A. Sweeney* for the
United States.

No. 240. WEISS *v.* UNITED STATES. October 8, 1945.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Second Circuit denied. *Mr. Walter
Brower* for petitioner. *Acting Solicitor General Judson,
Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the
United States.

No. 241. ELIAS ET AL. *v.* CLARKE, TRUSTEE, ET AL.; and
No. 242. ELIAS ET AL. *v.* DRISCOLL ET AL., TRUSTEES,
ET AL. October 8, 1945. Petition for writs of certiorari
to the Circuit Court of Appeals for the Second Circuit
denied. *Messrs. Paul Duryea Miller* and *Abraham Mit-
novetz* for petitioners. *Acting Solicitor General Judson*
and *Mr. Roger S. Foster* for the Securities & Exchange
Commission, and *Messrs. Lewis M. Dabney, Jr.* and *Allen
E. Throop* for Clarke et al., respondents. Reported below:
149 F. 2d 996.

No. 244. SCHONGALLA, EXECUTRIX, *v.* HICKEY, COL-
LECTOR OF INTERNAL REVENUE. October 8, 1945. Peti-
tion for writ of certiorari to the Circuit Court of Appeals
for the Second Circuit denied. *Mr. Edward A. Alexander*
for petitioner. *Acting Solicitor General Judson, Assistant
Attorney General Clark, Messrs. Sewall Key, J. Louis
Monarch* and *Leon F. Cooper* for respondent.

No. 245. SOUTHERN CALIFORNIA FREIGHT LINES *v.*
McKEOWN. October 8, 1945. Petition for writ of certi-
orari to the Circuit Court of Appeals for the Ninth Circuit
denied. *Mr. Hugh Taylor Gordon, Jr.* for petitioner. *Mr.*